| | |
|---|---|
| 1 | AARON J. MOSS (190625) |
| | aaron.moss@msk.com |
| 2 | JOSHUA M. GELLER (295412) |
| | josh.geller@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| | 2049 Century Park East, 18th Floor |
| 4 | Los Angeles, CA 90067-3120 |
| | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | ANDREW F. NIETES (333998) |
| | afn@msk.com |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
| | 437 Madison Ave., 25th Floor |
| 8 | New York, NY 10022 |
| | Telephone: (212) 509-3900 |
| 9 | Facsimile: (212)-509-7239 |
| 10 | Attorneys for Defendants |
| | John Murphy, Molly Murphy, Warner Bros. |
| 11 | Entertainment Inc. and New Line Productions, |
| | Inc. dba WaterTower Music, erroneously sued |
| 12 | as WaterTower Music Group LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPHERES MUSIC, LLC, a California limited liability company. | CASE NO. 2:25-cv-12197 |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | Complaint Filed:       12/23/2025 |
| JOHN MURPHY, an individual; MOLLY MURPHY, an individual; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; WATERTOWER MUSIC GROUP LLC, a Missouri limited liability company; | Complaint Served: 01/06/2026 and 01/26/2026 Current Response Dates: 02/16/2026 and 2/26/2026 New Response Date:   03/12/2026 |
| and DOES 1-10, inclusive, | |
| Defendant. | |

Mitchell Silberberg & Knupp LLP
21356593.2

**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**

Plaintiff Spheres Music, LLC ("Plaintiff"), Defendants John Murphy and Molly Murphy (together, the "Murphy Defendants"), and Defendants Warner Bros. Entertainment Inc. and New Line Productions, Inc. dba WaterTower Music, erroneously sued as WaterTower Music Group LLC (together, the "Warner Bros. Defendants" and with the Murphy Defendants, "Defendants") by and through their counsel of record, hereby jointly stipulate as follows:

1. On December 23, 2025, Plaintiff filed the initial complaint in this action.

2. On January 23, 2026, Plaintiff and the Warner Bros. Defendants filed a stipulation to extend the time to respond to the initial complaint from January 27, 2026 to February 26, 2026. Dkt. No. 19. Because the extension of time was for not more than 30 days, no Court order was required. *See id.*

3. On January 26, 2026, counsel for Defendants agreed to accept service of the complaint and summons on behalf of the Murphy Defendants, such that the Murphy Defendants' deadline to respond to the initial complaint is currently February 16, 2026.

4. The parties have agreed to an extension of time for the Murphy Defendants to respond to the initial complaint by less than 30 days, to March 12, 2026.

5. To ensure that all Defendants have a unified deadline to respond and to allow further investigation of the claims, the parties have now agreed to an extension of time for all Defendants to respond to the initial complaint to March 12, 2026.

6. The proposed unified deadline will result in a total extension for the Warner Bros. Defendants that exceeds 30 days. The parties are therefore lodging a proposed order concurrently.

7. This stipulation shall be without waiver of any of the Defendants' defenses, all of which are expressly reserved.

**WHEREFORE**, Plaintiff and Defendants stipulate, subject to the Court's approval, that the deadline for John Murphy, Molly Murphy, Warner Bros. Entertainment Inc. and New Line Productions, Inc. dba WaterTower Music, erroneously sued as WaterTower Music Group LLC, to respond to the initial complaint shall be March 12, 2026.

DATED: January 27, 2026    KIBLER FOWLER & CAVE LLP

By: */S/ Matthew J. Cave*
Matthew J. Cave
Tracy B. Rane
Regina Michelle Campbell
Attorneys for Plaintiff
Spheres Music, LLC

DATED: January 27, 2026    MITCHELL SILBERBERG & KNUPP LLP

By: _____
Aaron J. Moss
Josh M. Geller
Andrew F. Nietes
Attorneys for Defendants
John Murphy, Molly Murphy, Warner Bros. Entertainment Inc. and New Line Productions, Inc. dba WaterTower Music, erroneously sued as WaterTower Music Group LLC

**Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Aaron J. Moss, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 27, 2026

_____
Aaron J. Moss