1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SPHERES MUSIC, LLC, a California limited liability company.

        Plaintiff,

    v.

JOHN MURPHY, an individual, *et al.*,

        Defendants.

Case No. 2:25-cv-12197-CV (SSCx)

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L-R 8.3)**

On January 27, 2026, the Parties filed a Joint Stipulation to extend time to respond to initial complaint by more than 30 days. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the deadline for Defendants John Murphy, Molly Murphy, Warner Bros. Entertainment Inc. and New Line Productions, Inc. dba WaterTower Music, erroneously sued as WaterTower Music Group LLC, to respond to the Complaint shall be **March 12, 2026**.

    **IT IS SO ORDERED.**

Dated: ___2/18/26_____

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE